IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| 3182 TARPON 103 TRUST,<br>Appellant,<br>vs.<br>WELLS FARGO BANK NATIONAL ASSOCIATION; AND ANY AND ALL OTHER PERSONS UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY ADVERSE TO THE PLAINTIFF'S OWNERSHIP, OR ANY CLOUD UPON PLAINTIFF'S TITLE THERETO,<br>Respondents. | No. 63409<br><br>**FILED**<br><br>NOV 1 4 2014<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

*ORDER VACATING AND REMANDING*

This is an appeal from an order denying a preliminary injunction in a quiet title action. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.[1]

The district court denied appellant's preliminary injunction motion, finding that appellant failed to demonstrate a reasonable likelihood of success on the merits because Canyon Willow Owners Association's "foreclosure of its super-priority lien under N.R.S. 116 did not extinguish Wells Fargo's first security interest on the Subject Property." This court's recent disposition in *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014), decides that a common-interest community association's NRS 116.3116(2) superpriority lien has true priority over a first security interest, and the association may

---

[1]Although Judge J. Charles Thompson signed the appealed order, we clarify that Judge Earley heard and decided the issues that formed the basis for the order.

14-37573

nonjudicially foreclose on that lien. The district court's decision thus was based on an erroneous interpretation of the controlling law and did not reach the other issues colorably asserted. Accordingly, we

VACATE the order denying preliminary injunctive relief AND REMAND this matter to the district court for further proceedings consistent with this order.

_____, J.
Hardesty

_____, J.
Douglas

CHERRY, J., concurring:

For the reasons stated in the *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014), dissent, I disagree that respondent Wells Fargo lost its lien priority by virtue of the homeowners association's nonjudicial foreclosure sale. I recognize, however, that *SFR Investments* is now the controlling law and, thusly, concur in the disposition of this appeal.

_____, J.
Cherry

cc:  Chief Judge, The Eighth Judicial District Court
     Hon. Kerry Louise Earley, District Judge
     Hon. J. Charles Thompson, Senior Judge
     Greene Infuso, LLP
     Wright, Finlay & Zak, LLP/Las Vegas
     Eighth District Court Clerk